IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA
v.
MANDIS CHARLES BARROW (01)          NO. 2:22-CR-042-Z
   a/k/a "Twin"
STEPHANIE ANN SALDANA (02)

## VERDICT OF THE JURY

We, the Jury, find the defendant, **Mandis Charles Barrow**:

**Count One of the Indictment** – Conspiracy to Distribute or Possess with Intent to Distribute 500 Grams or More of Methamphetamine

    ___✓___    Guilty

    _____    Not Guilty

Do you find beyond a reasonable doubt that the overall scope of the conspiracy involved at least 500 Grams or more of a mixture or substance containing a detectable amount of methamphetamine?

    ___✓___    Yes

    _____    No

Do you find beyond a reasonable doubt that the defendant, Mandis Charles Barrow, knew or reasonably should have known that the scope of the conspiracy involved at least 500 Grams or more of a mixture or substance containing a detectable amount of methamphetamine?

    ___✓___    Yes

    _____    No

USA v. Mandis Charles Barrow, et al.
Agreed Jury Instructions – Page 36

**Count Two of the Indictment** – Distribution and Possession with Intent to Distribute 500 Grams or More of Methamphetamine

_____ Guilty

_____ Not Guilty

**Count Three of the Indictment** – Possession with Intent to Distribute 500 Grams or More of Methamphetamine

_____ Guilty

_____ Not Guilty

We, the Jury, find the defendant, **Stephanie Ann Saldana**:

**Count One of the Indictment** – Conspiracy to Distribute or Possess with Intent to Distribute 500 Grams or More of Methamphetamine

 Guilty

Not Guilty

Do you find beyond a reasonable doubt that the overall scope of the conspiracy involved at least 500 Grams or more of a mixture or substance containing a detectable amount of methamphetamine?

 Yes

No *NN*

Do you find beyond a reasonable doubt that the defendant, Stephanie Ann Saldana, knew or reasonably should have known that the scope of the conspiracy involved at least 500 Grams or more of a mixture or substance containing a detectable amount of methamphetamine?

 Yes

No

**Count Three of the Indictment** – Possession with Intent to Distribute 500 Grams or More of Methamphetamine

 Guilty

Not Guilty

_____
FOREPERSON

USA v. Mandis Charles Barrow, et al.
**Agreed Jury Instructions – Page 38**